# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00024-MR
# [CRIMINAL CASE NO. 2:11-cr-00022-MR]

| | |
|---|---|
| MICHAEL JAMES TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Government's Motion for Extension of Time [Doc. 6]. Petitioner's counsel consents to the motion.

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Extension of Time [Doc. 6] is **GRANTED**, and the Government shall have through and including **June 5, 2017** within which to respond to Petitioner's Motion to Vacate.

**IT IS SO ORDERED.**   Signed: May 9, 2017

Martin Reidinger
United States District Judge